**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-4153

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

          versus

PAUL E. DANIELS,

                                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:06-cr-00489-LMB)

Submitted:  September 7, 2007      Decided:  January 23, 2008

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael S. Nachmanoff, Federal Public Defender, Todd M. Richman,
Assistant Federal Public Defender, Sapna Mirchandani, Research and
Writing Attorney, Alexandria, Virginia, for Appellant.  Chuck
Rosenberg, United States Attorney, Olivia Hussey, Special Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Daniels was stopped by military police on Fuller Road as he attempted to drive past Gate No. 1 into the Marine Corps Base at Quantico, Virginia. A magistrate judge found Daniels operated a vehicle on a suspended license, see 18 U.S.C. § 13 (2000), assimilating Va. Code Ann. § 46.2-301 (Michie 2004), and sentenced Daniels to six months' supervised probation. Daniels appealed to the district court pursuant to Fed. R. Crim. P. 58(g)(2), and the district court affirmed. Daniels appealed to this court, contending the district court erroneously found he was driving on a Virginia highway as defined by Va. Code Ann. § 46.2-100 (Michie Supp. 2007). Finding no error, we affirm for the reasons stated by the district court in its thorough opinion. See United States v. Daniels, No. 1:06-cr-00489-LMB (E.D. Va. Jan. 29, 2007). We deny Daniels' motion for leave to file an attachment to the Joint Appendix. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -